IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEMCON TECH, LLC,                        )
                                         )
                    Plaintiff,           )
                                         )
            v.                           )
                                         )   C.A. No. 12-470 (RGA)
FREESCALE SEMICONDUCTOR, INC.,           )
                                         )
                    Defendant.           )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Freescale's Responses to Semcon's First Set of Interrogatories (No. 1)* and (2) *Freescale's Responses to Semcon's Second Set of Interrogatories (No. 2)* were caused to be served on October 12, 2012 upon the following in the manner indicated:

Richard D. Kirk                          *VIA ELECTRONIC MAIL*
Stephen B. Brauerman
Vanessa R. Tiradentes
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000

Charles R. Bruton                        *VIA ELECTRONIC MAIL*
Mark L. Hogge
Shailendra K. Maheshwari
Rajesh C. Noronha
C. Michael Moore
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC  20005-3364

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Douglas E. Lumish
KASOWITZ BENSON TORRES
& FRIEDMAN, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
(650) 453-5170

Michael B. Eisenberg
Robert P. Watkins III
KASOWITZ BENSON TORRES
& FRIEDMAN, LLP
1633 Broadway
New York, NY  10019
(2150 506-1700

October 12, 2012
5913767.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 12, 2012, upon the following in the manner indicated:

Richard D. Kirk                                         *VIA ELECTRONIC MAIL*
Stephen B. Brauerman
Vanessa R. Tiradentes
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000

Charles R. Bruton                                      *VIA ELECTRONIC MAIL*
Mark L. Hogge
Shailendra K. Maheshwari
Rajesh C. Noronha
C. Michael Moore
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC  20005-3364

Jack B. Blumenfeld (#1014)