IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC,<br><br>   Plaintiff,<br><br>             v.<br><br>FREESCALE SEMICONDUCTOR INC.,<br><br>   Defendant. | C.A. No. 12-470-RGA |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 19, 2012, copies of (1) **INITIAL DISCLOSURES OF PLAINTIFF SEMCON TECH, LLC PURSUANT TO FED. R. CIV. P. 26(a)(1)**; (2) **INITIAL PATENT DISCLOSURES OF PLAINTIFF SEMCON TECH, LLC PURSUANT TO PARAGRAPH 3(a) OF THE SCHEDULING ORDER**; and (3) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY EMAIL AND BY FIRST CLASS MAIL**

Douglas E. Lumish, Esquire
Kasowitz Benson Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Michael B. Eisenberg, Esquire
Robert P. Watkins, Esquire
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019

|  |  |
|---|---|
| Dated: October 19, 2012 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Vanessa R. Tiradentes*_____ |
|  | Richard D. Kirk (rk0922) |
| Charles R. Bruton | Stephen B. Brauerman (sb4952) |
| Mark L. Hogge | Vanessa R. Tiradentes (vt5398) |
| Shailendra K. Maheshwari | 222 Delaware Avenue, Suite 900 |
| Rajesh C. Noronha | P.O. Box 25130 |
| SNR DENTON US LLP | Wilmington, DE 19899 |
| 1301 K Street, NW | (302) 655-5000 |
| Suite 600, East Tower | rkirk@bayardlaw.com |
| Washington, DC  20005-3364 | sbrauerman@bayardlaw.com |
| charles.bruton@snrdenton.com | vtiradentes@bayardlaw.com |
| mark.hogge@snrdenton.com |  |
| shailendra.maheshwari@snrdenton.com | *Attorneys for Plaintiff Semcon Tech, LLC* |
| rajesh.noronha@snrdenton.com |  |
| C. Michael Moore |  |
| SNR DENTON US LLP |  |
| 2000 McKinney Avenue |  |
| Suite 1900 |  |
| Dallas, TX  75201-1858 |  |
| mike.moore@snrdenton.com |  |