IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 12-470 (RGA) |
| FREESCALE SEMICONDUCTOR, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Freescale Inc.'s Initial Disclosures Pursuant to Rule 26(a) and Paragraph 3 of the Default Standard for Discovery* were caused to be served on October 19, 2012 upon the following in the manner indicated:

Richard D. Kirk                                                                                   *VIA ELECTRONIC MAIL*
Stephen B. Brauerman
Vanessa R. Tiradentes
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000

Charles R. Bruton                                                                                *VIA ELECTRONIC MAIL*
Mark L. Hogge
Shailendra K. Maheshwari
Rajesh C. Noronha
C. Michael Moore
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC  20005-3364

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Rodger D. Smith II* |
| | Jack B. Blumenfeld (#1014) |
| | Rodger D. Smith (#3778) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899 |
| | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | rsmith@mnat.com |
| OF COUNSEL: | |
| | *Attorneys for Defendant* |
| Douglas E. Lumish | |
| KASOWITZ BENSON TORRES | |
| & FRIEDMAN, LLP | |
| 333 Twin Dolphin Drive, Suite 200 | |
| Redwood Shores, CA  94065 | |
| (650) 453-5170 | |
| | |
| Michael B. Eisenberg | |
| Robert P. Watkins III | |
| KASOWITZ BENSON TORRES | |
| & FRIEDMAN, LLP | |
| 1633 Broadway | |
| New York, NY  10019 | |
| (2150 506-1700 | |
| | |
| October 19, 2012 | |
| 5913767.1 | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 19, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Vanessa R. Tiradentes<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000 | *VIA ELECTRONIC MAIL* |
| Charles R. Bruton<br>Mark L. Hogge<br>Shailendra K. Maheshwari<br>Rajesh C. Noronha<br>C. Michael Moore<br>SNR DENTON US LLP<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, DC  20005-3364 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)