IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 12-470 (RGA) |
| FREESCALE SEMICONDUCTOR, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Freescale Inc.'s Disclosures Pursuant Paragraph 4(b) of the Default Standard for Discovery* were caused to be served on November 20, 2012 upon the following in the manner indicated:

Richard D. Kirk  *VIA ELECTRONIC MAIL*
Stephen B. Brauerman
Vanessa R. Tiradentes
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Charles R. Bruton  *VIA ELECTRONIC MAIL*
Mark L. Hogge
Shailendra K. Maheshwari
Rajesh C. Noronha
C. Michael Moore
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364

OF COUNSEL:

Douglas E. Lumish
KASOWITZ BENSON TORRES
& FRIEDMAN, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Michael B. Eisenberg
Robert P. Watkins III
KASOWITZ BENSON TORRES
& FRIEDMAN, LLP
1633 Broadway
New York, NY 10019
(2150 506-1700

November 20, 2012
5913767.1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack Blumenfeld
---
Jack B. Blumenfeld (#1014)
Rodger D. Smith (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 20, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Vanessa R. Tiradentes<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000 | *VIA ELECTRONIC MAIL* |
| Charles R. Bruton<br>Mark L. Hogge<br>Shailendra K. Maheshwari<br>Rajesh C. Noronha<br>C. Michael Moore<br>SNR DENTON US LLP<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, DC  20005-3364 | *VIA ELECTRONIC MAIL* |

Jack B. Blumenfeld (#1014)