**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SEMCON TECH, LLC,

   Plaintiff,

          v.

FREESCALE SEMICONDUCTOR INC.,

   Defendant.

C.A. No. 12-470-RGA

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that, on February 8, 2013, copies of (1) **SEMCON'S**

**PRELIMINARY INFRINGEMENT CONTENTIONS** and (2) this **NOTICE OF**

**SERVICE** were served as shown:

**BY EMAIL & FTP (Contentions Only)**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Douglas E. Lumish, Esquire
Kasowitz Benson Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Michael B. Eisenberg, Esquire
Robert P. Watkins, Esquire
Kasowitz Benson Torres & Friedman
LLP
1633 Broadway
New York, NY 10019

Dated: February 8, 2013

OF COUNSEL:

Marc A. Fenster
Alexander C.D. Giza
Jeffrey Z.Y. Liao
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474
mfenster@raklaw.com
agiza@raklaw.com
jliao@raklaw.com

BAYARD, P.A.

/s/  *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Semcon Tech, LLC*